UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 26, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KY SIMERE STRATTON,

    Defendant.

Case No. 2:25-cr-00222-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  KY SIMERE STRATTON , Case No. 2:25-cr-00222-DAD , 18 USC § 922(g), from custody

\_\_\_\_ Release on Personal Recognizance

 X  Bail Posted in the Sum of   $150,000 secured property bond co-signed by Defendant's father, Michael Stratton

\_\_\_\_ Unsecured Appearance Bond $ $_____

\_\_\_\_ Appearance Bond with 10% Deposit

 X  Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_ (Other): .

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 26, 2025 at 5:00 PM

By: *Chi Soo Kim*

Magistrate Judge Chi Soo Kim