HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
KY SIMERE STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00222-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| vs. | ) ) | |
| KY SIMERE STRATTON, | ) ) | DATE: December 8, 2025 |
| Defendant. | ) ) ) | TIME: 9:30 AM<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren, attorney for defendant Ky Simere Stratton, that the previously scheduled status conference date of December 8, 2025, be continued to **March 30, 2026**, at 9:30 a.m.

The reason for the continuance is that defense counsel requests additional time to receive discovery, continue her investigation, evaluate issues relevant to mitigation, and follow up with the government regarding the results of her findings. The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, and multiple video recordings. All of this discovery is either being produced directly to counsel or is available for inspection and copying.

Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

1  the exercise of due diligence.

2      For the purpose of commuting time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the
3  parties request that the time period between December 8, 2025 and March 30, 2026, inclusive, be
4  deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would
5  result from a continuance granted by the Court at the defense's request, based on a finding that the
6  ends of justice served by granting the continuance outweighs the best interest of the public and the
7  defendant in a speedy trial.

8      Nothing in this stipulation and order shall preclude a finding that other provisions of the
9  Speedy Trial Act dictate that additional time periods are excludable from the period within which
10 a trial must commence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2025     */s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
KY SIMERE STRATTON


Date: December 1, 2025     ERIC GRANT
United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorneys
Attorneys for Plaintiff

STIPULATION AND ORDER TO CONTINUE     -2-
STATUS CONFERENCE

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 30, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  It is further ordered the December 8, 2025 status conference shall be continued until March 30, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE