HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KY STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KY STRATTON,<br><br>          Defendant. | Case No.   2:25-cr-00222-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>DATE:   March 30, 2026<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren, attorney for defendant Ky Stratton, that the previously scheduled status conference date of March 30, 2026, be continued to **April 27, 2026**, at 9:30 a.m. The reason for the continuance is that defense counsel needs additional time to review case materials with her client and conduct follow up investigation.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The parties agree that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The parties request the time up to and including April 27, 2026, shall be excluded from

computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2026

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
KY STRATTON

Date: March 26, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt for Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorneys
Attorneys for Plaintiff

STRATTON: Stipulation and [Proposed]
Order to Continue Status Conference

-2-

### ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 27, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).  It is further ordered the March 30, 2026 status conference shall be continued until April 27, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **March 26, 2026**                                            _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STRATTON: Stipulation and [Proposed]                     -3-
Order to Continue Status Conference