HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KY SIMERE STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-CR-0222-DAD |
| Plaintiff, | ) | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | ) | |
| KY SIMERE STRATTON, | ) | Hon.  CAROLYN K. DELANEY |
| Defendant. | ) | |

The defendant, KY SIMERE STRATTON, by and through his attorney of record, Assistant Federal Defender Noa Oren, and the UNITED STATES, by and through its attorney of record, Zulkar Khan, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Stratton's pretrial release to permit him to attend a family gathering at Chuck E. Cheese, in Sacramento, CA, to celebrate his child's birthday.  The parties have conferred with Mr. Stratton's assigned pretrial services officer, who approves of this stipulated modification.

Mr. Stratton is in compliance with his conditions of release.  One of those conditions of release is location monitoring.  Mr. Stratton is subject to home detention, and therefore must remain inside his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

ordered obligations; or other activities pre-approved by the pretrial services officer[1].

All information regarding the gathering has been provided to pretrial services.

Respectfully submitted,

DATED: June 5, 2026                     HEATHER E. WILLIAMS

Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for KY SIMERE STRATTON

DATED: June 5, 2026                     ERIC GRANT
UNITED STATES ATTORNEY

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney
Attorney for the United States

---

[1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed "essential," with all other activities requiring the approval of the Court. The pretrial services officer who supervises Mr. Stratton advised defense counsel that this specific request should be submitted to the Court for approval, in the form of a stipulation by the parties.

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, KY SIMERE STRATTON, be Temporarily Amended such that he is permitted to attend his child's birthday party on June 6, 2026 between 2:00 pm and 7:00pm.

All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

Dated:  June 5, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order