HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
KY STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KY STRATTON,<br><br>        Defendant. | Case No. 2:25-CR-00222-DAD<br><br>**MOTION TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE: Hon. Carolyn K. Delaney |

Ky Stratton, through counsel, moves this Court to modify his home-detention condition imposed on September 19, 2025 (Doc. 11) to a curfew.  Pretrial Officer Zepeda supports Mr. Stratton's request.  Mr. Stratton is currently in compliance with his conditions of release. He was released from custody September 29, 2025, and for the first 60 days, he was not permitted to be away from his residence for employment purposes or to participate in the Better Choices Court program. He maintains a stable residence with his father and sister, in Sacramento.

Mr. Stratton has now attended five BCC hearings and is scheduled to complete the program in January 2027. Furthermore, he has been participating in MRT classes since December 2025 and is presently working on Step Seven of the program (there are 12 Steps to complete). He has also been participating in counseling and random drug/alcohol testing. He missed a counseling session in March 2026 because his mother terminated his phone service; however, he then obtained his own phone line. The defendant has otherwise maintained good

communication with Pretrial Services. As of April 15, 2026, he has secured full time employment, and his work schedule starts at 2:00 a.m. with rotating days off.

Pretrial Officer Zepeda recommends his location monitoring condition be amended from Home Detention to a Curfew (6:00 a.m. to 8:00 p.m.)

Mr. Stratton requests to replace condition #17 as follows:

17.     CURFEW: You must remain in your residence from 8:00 p.m.- 6:00 a.m. except or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

As noted above, the proposed modification is supported by his Pretrial Services Officer and also supported by the defendant's surety.  The government opposes the proposed modification. All other conditions shall remain in force.

DATED: June 5, 2026                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Noa E. Oren*
                                       NOA E. OREN
                                       Assistant Federal Defender
                                       Attorney for KY STRATTON

ORDER

The Motion to Modify Conditions of Release No. 17 is DENIED.

Dated:  June 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE