HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
KY SIMERE STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KY SIMERE STRATTON,<br>Defendant. | Case No. 2:25-cr-00222-DAD-1<br>**UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER FOR SUBSTITUTION OF BOND AND SURETY**<br>Hon. Sean C. Riordan |

IT IS HEREBY REQUESTED that the secured property bond involving the residence owned by Michael Stratton, as ordered by the Honorable Jeremy D. Peterson to secure Mr. Stratton's pretrial release, be ordered substituted in light of the facts as presented below.

After a hearing on September 19, 2025, the Honorable Jeremy D. Peterson ordered Mr. Stratton's release on a $150,000.00 bond secured by the residence of his father, Michael Stratton. *See* Dkt. 9, 16. On September 25, 2025, the collateral was received by the court, consistent with the court's order. *See* Dkt. 16. Given that the defendant's father no longer wants to act as a surety, and the defendant has no failures to appear in federal Court, has remained in compliance and has not incurred any violations while subject to supervision, pre-trial services are recommending the secured $150,000 bond posted by his father be substituted with **an unsecured bond in the amount of $50,000** to be co-signed by the defendant's friend, **Dayton Damar Simpson**.

The government does not oppose the proposed substitution in bond and surety.

Dated: October 9, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for KY SIMERE STRATTON

**ORDER**

IT IS HEREBY ORDERED in Case No. 2:25-cr-00222-DAD-1 that the secured $150,000 property bond involving the title of the residence owned by Michael Stratton, be substituted with **an unsecured bond in the amount of $50,000** to be co-signed by the defendant's friend, **Dayton Damar Simpson**.

Dated: October 9, 2026

HON. SEAN C. RIORDAN
United States Magistrate Judge