HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KY SIMERE STRATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KY SIMERE STRATTON,<br>Defendant. | Case No. 2:25-CR-0222-DAD<br><br>STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ~~[PROPOSED]~~ ORDER<br><br>Hon. JEREMY D. PETERSON |

The defendant, KY SIMERE STRATTON, by and through his attorney of record, Assistant Federal Defender Noa Oren, and the UNITED STATES, by and through its attorney of record, Jason Hitt, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Stratton's pretrial release to permit him to be away from his home

(1) to attend a birthday on November 25, 2026, from 5:00-11:00 p.m. at Blvd. Bowling Alley; and

(2) to celebrate Thanksgiving with his family from 11:00 a.m.-11:00 p.m. at his mother and aunt's homes.

The parties have conferred with Mr. Stratton's assigned pretrial services officer, who approves of

this stipulated modification.

Mr. Stratton is in compliance with his conditions of release. One of those conditions of release is location monitoring. Mr. Stratton is subject to home detention and therefore must remain inside his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer[1]. All information regarding the gathering has been provided to pretrial services.

Respectfully submitted,

DATED: November 19, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for KY SIMERE STRATTON

DATED: November 19, 2026

ERIC GRANT
UNITED STATES ATTORNEY

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for the United States

[1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed "essential," with all other activities requiring the approval of the Court. The pretrial services officer who supervises Mr. Stratton advised defense counsel that this specific request should be submitted to the Court for approval, in the form of a stipulation by the parties.

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, KY SIMERE STRATTON, be Temporarily Amended such that he is permitted to attend a birthday on November 25, 2026, from 5:00-11:00 p.m. and be with his family on Thanksgiving on November 26, 2026, from 11:00 am-11:00 p.m.

All other conditions of pretrial release shall remain in force. The Temporary Amended Special Condition of Release is hereby adopted.

DATED: NOVEMBER 19, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge